1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  LARRY L. WATSON (CA #193531)
   Trial Attorney
4  230 North First Avenue, #204
   Phoenix, Arizona  85003-1706
5  (602) 682-2600 (phone)
   (602) 514-7270 (fax)
6  E-mail:  Larry.Watson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| EUROFRESH, INC., | Case No. 2:09-bk-07970-CGC |
| EUROFRESH PRODUCE, LTD., | Case No. 2:09-bk-07971-CGC |
| | (Jointly Administered) |
| Debtors. | APPOINTMENT OF OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the joint committee of unsecured creditors:

1. U.S. Bank National Association, Indenture Trustee
   Attn:  Diana Jacobs
   PD-WA-T7CT
   1420 5th Avenue, 7th Floor
   Seattle, WA  98101
   (206) 344-4680 (phone)
   (206) 344-4632 (fax)

2. Apollo Investment Corporation
   Attn:  Gerald Girardi
   9 W. 57th Street, 37th Floor
   New York, NY  10019
   (212) 822-0607 (phone)
   (646) 417-6653 (fax)

3. Barclays Bank PLC
   Attn:  Holly Kim
   1620 26th Street, #2000N
   Santa Monica, CA  90404
   (310) 907-0453 (phone)
   (310) 828-5747 (fax)

```
 1        4.    John Christner Trucking
                Attn:  Daniel Christner
 2              P. O. Box 1900
                Sapulpa, OK  74067
 3              (918) 227-6641 (phone)
                (918) 248-3032 (fax)
 4
          5.    Southwest Gas Corporation
 5              Attn: Randy Gabe
                LVB-106
 6              P. O. Box 98510
                Las Vegas, NV 89193-8510
 7              (702) 876-7193 (phone)
                (702) 365-5904 (fax)
 8
                                        Respectfully submitted,
 9
                                        ILENE J. LASHINSKY
10                                      United States Trustee
                                        District of Arizona
11

12

13  Dated:   May 1, 2009.              /s/ LLW (CA #193531)
                                        LARRY L. WATSON
14                                      Trial Attorney

15  Copies of the foregoing mailed to
    the creditors appointed as listed
16  above, and the following this
    1st day of May, 2009:
17
    Craig D. Hansen
18  Squire, Sanders & Dempsey LLP
    40 N. Central Avenue, #2700
19  Phoenix, AZ  85004
    Attorney for Debtors
20

21  /s/ C. Dior

22

23

24

25

26

27

28                                      - 2 -
```